FILED

03/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0268

_____

MONTANA TROUT UNLIMITED, TROUT
UNLIMITED, MONTANA ENVIRONMENTAL
INFORMATION CENTER, EARTHWORKS, and
AMERICAN RIVERS,

        Petitioners and Appellants,

    v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION and
TINTINA MONTANA, INC.,

        Respondents and Appellees.

**A M E N D E D
O R D E R**

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, March 29, 2024, at 10:00 a.m. at the **Montana School of Theatre and Dance** on the campus of the University of Montana in Missoula, Montana, with an introduction to the oral argument beginning at 9:30 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Appellants and thirty (30) minutes for Appellees.

The Court will not entertain any motions to reschedule.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record, Elaine Gagliardi, Dean, Alexander Blewett III School of Law, University of Montana, John Mudd, Executive Director of the State Bar of Montana, and Honorable Michael B. Hayworth, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 5 2024